# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| **AUDIA GROUP, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action File No.** |
| | ) | **4:26-cv-00072-WMR** |
| **WALKER COUNTY, GEORGIA and** | ) | |
| **WALKER COUNTY DEVELOPMENT** | ) | |
| **AUTHORITY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT ORDER CONFIRMING SERVICE OF PROCESS AND ANSWER OR MOTION RESPONSE DATE

It appearing to the Court that Defendants Walker County, Georgia and the Walker County Development Authority have agreed to waive service of process, and it being the further the intent of the Parties that the Court establish the date by which all Defendants must tender their answer or responsive motion under Rule 12, and for good cause otherwise having been shown, it is hereby:

ORDERED that Defendants are deemed served with process and no objection shall be made regarding the sufficiency of service of process; and it is further ORDERED that all Defendants shall have through and including June 8, 2026, to file their answer or motion under Rule 12.

This 7th day of May, 2026.

_____
Judge William M. Ray, II


Consented to by:


*/s/ Ken E. Jarrard*
Ken E. Jarrard
Georgia Bar No. 389550
Attorney for Defendants


JARRARD & DAVIS, LLP
222 Webb Street
Cumming, Georgia 30040
(678) 455-7150
kjarrard@jarrard-davis.com


*/s/ Michael P. Kohler**
Michael P. Kohler
Georgia Bar No. 427727
Attorney for Plaintiff

MILLER & MARTIN, PLLC
1180 W. Peachtree St., Suite 2100
Atlanta, Georgia 30309
(404) 962-6403
michael.kohler@millermartin.com

*Signed with express permission

2